**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000060
08-NOV-2013
07:52 AM**

NO. CAAP-11-0000060

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


SUNSET HEIGHTS HAWAII, LLC, Plaintiff-Appellee, v.
LINCOLNE SCOTT, INC., Defendant/Cross-Defendant-Appellant
and HAWAIIAN DREDGING CONSTRUCTION CO., INC., et al.,
Defendants-Appellees,

AND

ASSOCIATED STEEL WORKERS, LTD., et al.,
Defendants/Third-Party Plaintiffs-Appellees, v.
ASSOCIATION OF APARTMENT OWNERS OF KOʻOLANI, et al.,
Third-Party Defendants-Appellees,

AND

WATTS RADIANT, INC., Cross-Claimant-Appellee, v.
LINCOLNE SCOTT, INC., Cross-Defendant-Appellant,
and SUNSET HEIGHTS HAWAII, LLC., et al.,
Cross-Defendants-Appellees,

AND

WATTS RADIANT, INC., Third-Party Plaintiff-Appellee, v.
MURRAY CORPORATION, et al., Third-Party Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 08-1-1350-07)


ORDER RE: MOTION FOR DISMISSAL WITH PREJUDICE OF THE APPEAL
(By: Foley, Presiding Judge, Fujise and Reifurth, JJ.)

Upon consideration of Defendant/Cross-Defendant-
Appellant Lincolne Scott, Inc., nka WSP Lincolne Scott Inc.'s
Motion for Dismissal with Prejudice of the Appeal filed on
August 29, 2013 (Motion), the papers in support, the records and
files herein, and there being no opposition, it appears that all
parties to the underlying litigation have finalized and executed
a global settlement agreement providing that, among other things,
a dismissal of the claims in the underlying civil action would be

forthcoming.

It further appears that a Stipulation & Order for Dismissal of all Remaining Claims & Parties was filed in the underlying civil action, in Circuit Court of the First Circuit, on October 25, 2013.

Therefore, IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed with prejudice

DATED: Honolulu, Hawai'i, November 8, 2013.

On the motion:

Steven K. Hisaka and
Kunio Kuwabe
(Hisaka Yoshida & Cosgrove)
for Defendant/Cross-Defendant-
Appellant.

Presiding Judge

Associate Judge

Associate Judge

2